No. 75–6963. COHEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6964. HOLLAND v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6965. ROBINSON v. BROWN, SUPERINTENDENT OF EDUCATION OF ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 75–6966. MCNALLY v. PULITZER PUBLISHING CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 75–6970. NURSE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 75–6972. FOSTER v. COWAN, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 75–6973. RUSSELL v. CITY OF PIERRE, SOUTH DAKOTA. C. A. 8th Cir. Certiorari denied.

No. 75–6974. WILLIAMS v. LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 75–6975. SCHREMP v. HALL ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–6977. TAYLOR ET AL. v. TAYLOR ET AL. Sup. Ct. Wyo. Certiorari denied.

No. 75–6978. BATES, DBA LITCHFIELD STEEL CO. v. SHUNK MANUFACTURING CO., INC. Sup. Ct. Minn. Certiorari denied.

No. 75–6979. MEADOR v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.